# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD JAMES

NO. 2020 KW 1079

**DECEMBER 7, 2020**

---

In Re:   Richard James, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 156,592.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT